## United States Bankruptcy Court
## Northern District of Illinois

**VOLUNTARY PETITION**

| | |
|---|---|
| Name of Debtor (if individual enter Last,, First, Middle):<br><br>AMENT, NEIL S. | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| all other names | All Other Names used by the Joint Debtor in the last 6 years (includes married, maiden, ad trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other TAX I.D. No. ( if more than one, state all):<br><br>6167 | Social Sec./Tax I.D. No. (If more than one state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code)<br><br>1154-C OSTERMAN PLACE<br>DEERFIELD, IL | Street address of Joint Debtor (No. & Street, City, State & Zip Code) |
| County of Residence or of the<br>Principal Place of business:         LAKE | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue(Check any applicable box)
[✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately proceeding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual(s)<br>❑ Corporation<br>❑ Partnership<br>Other_____ | ❑ Railroad<br>❑ Stockbroker<br>❑ Commodity Broker | ■ Chapter 7    ❑ Chapter 11    ❑ Chapter 13<br>❑ Chapter 9    ❑ Chapter 12<br>Sec. 304 - Case ancillary to foreign proceeding |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ■ Consumer/Non-Business    ❑ Business<br><br>Chapter 11 Small Business (check all boxes that apply)<br>❑ Debtor is a small business as defined in 11 U.S.C. Sec. 101<br>❑ Debtor is and elects to be considered a small business under<br>   11 U.S.C.  Section 1121 (c) (Optional) | ■ Full Filing Fee attached<br>❑ Filling fee to be paid in installments (Applicable to individuals only) Must attached signed Application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) .  See Official Form No. 3 |

Statistical/Administrative Information (Estimates only)
❑ Debtor estimates that the funds will be available for distribution to unsecured creditors.
❑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be  no  funds available for distribution to unsecured creditors.

**TH IS SPACE FOR COURT USE ONLY**

| | 1-15 | 16-49 | 50-99 | 100-299 |
|---|---|---|---|---|
| Estimated Number of Creditors | ❑ | ■ | ❑ | ❑ |

### Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $ 500,001 to $1 million | $1,000,001 to $10 million | $10,000,00 to $50 million |
|---|---|---|---|---|---|
| ■❑ | ❑ | ❑ | ❑ | ❑ | ❑ |

### Estimated Debts

| $ 0 to $ 50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,000 to $50 million |
|---|---|---|---|---|---|
| ❑ | ❑ | ■ | ❑ | ❑ | ❑ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)   NEIL S. AMENT |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (if more than one use additional sheet)** | | |
|---|---|---|
| Location Northern District of Illinois<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (if more than one use additional sheet)** | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| Signature(s) of Debtor(s) Individual/Joint | Signatures of Debtor (Corporation/Partnership) |
|---|---|
| I declare under penalty of perjury that the information provided in the petition is true and correct.<br>(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7) I am aware that I may proceed under chapter 7, 11, 12 or 13 of title ll, United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7. I request relief in accordance with the chapter of title ll, United States Code, specified in this petition.<br><br>_____<br>Signature of Debtor<br><br>_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>9/23/05<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>_____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| /S JAY WEISMAN<br>Signature of Attorney for Debtor(s)<br><br>JAY WEISMAN<br>Printed Name of Attorney for (Debtor)s<br><br>**WEISMAN  & WEISMAN  P. C.**<br>Firm Name<br><br>**188 W. RANDOLPH STREET   - SUITE 1126**<br>Address<br><br>**CHICAGO, ILLINOIS   60601**<br><br>**(312)  782-3750**<br>Telephone Number<br><br>9/23/05<br>Date | I certify that I am a bankruptcy petitioner preparer as defined in 11 U.S. C. Sec. 110, that I prepared the document for compensation and that I have provided  the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br><br>_____<br>Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document. |
| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commissions pursuant to Section 13 or 5(d) of the Securities and Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>_____ Exhibit A is attached and made a part of this Petition<br><br>**Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner herein (he or she) may proceed under chapter 7, 11, 12 or 13 of title ll, United States Code and have explained the  relief available under each chapter.<br><br>_____<br>Signature of Attorney for Debtor(s)              Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>_____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title ll and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. Section 110; 18 U.S.C. Section 156. |

In re:   NEIL S. AMENT

## SCHEDULE A - REAL PROPERTY

| Description and location of property ................................................................... Nature of debtor's interest in property | Current market value of debtor's interest in the property without deducting any secured claim or exemption ................................................................... .... Amount of secured claim |
|---|---|

NONE

In re:   NEIL S. AMENT

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property<br>.........................................................................<br>Description and location of property | Current market value of debtor's interest in property without deducting any secured claim or exemptions |
|---|---|

| | | |
|---|---|---|
| 1. | Cash on hand. | **$ 100.00** |
| 2. | Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.  **Bank One** | **$ 100.00**<br><br><br><br><br>**NONE** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | **$ 860.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | |
| | Debtor's interest: | **$250.00** |
| | Total debt on property: | **$   0.00** |
| | Location:  **In debtor's possession.** | |
| 5. | Books, pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **NONE** |
| 6. | Wearing apparel.**(normal compliment of men's used clothing)** | **$200.00** |
| 7. | Furs and jewelry. | **NONE** |
| 8. | Firearms and sports, **photographic**, and other hobby equipment. | **$300.00** |
| 9. | Interests in insurance policies. **Cash value on life insurance policy** | **$250.00** |
| 10. | Annuities. | **NONE** |
| 11. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. | **NONE** |
| 12. | Stock and interest in incorporated and unincorporated businesses. | **$   0.00** |
| 13. | Interests in partnerships or joint ventures. | **NONE** |
| 14. | Government and corporate bonds and other negotiable and non-negotiable instruments. | **NONE** |
| 15. | Accounts receivable. | **$1,000.00** |
| 16. | Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. | **NONE** |

## SCHEDULE B - PERSONAL PROPERTY (continued)

| Type of Property<br>..............................................................................<br>Description and location of property | Current market value of debtor's interest in property without deducting any secured claim or exemption |
|---|---|

17. Other liquidated debts owing debtor including tax refunds. — **NONE**

18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property — **NONE**

19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. — **NONE**

20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. — **UNKNOWN**

   **Prospective attorney's fees in matter of Weinberg  -vs- City of Chicago 01 C 1139 currently pending in 7th Circuit Court of Appeals**

21. Patents, copyrights, and other intellectual property. — **NONE**

22. Licenses, franchises, and other general intangibles. — **NONE**

23. Automobiles, trucks, trailers, and other vehicles or accessories.   **1999 Honda Accord  - 82,000 miles  poor condition**

   Debtor's interest:  **$3,000.00**
   Total debt on property:  **$     0.00**
   Secured creditor(s):

24. Boats, motors, and accessories. — **NONE**

25. Aircraft and accessories. — **NONE**

26. Office equipment, furnishings, and supplies — **NONE**

27. Machinery, fixtures, equipment, and supplies used in business.     Computer — **$ 200.00**

28. Inventory. — **NONE**

29. Animals. — **NONE**

30. Crops - growing or harvested. — **NONE**

31. Farming equipment and implements. — **NONE**

32. Farm supplies, chemicals and feed. — **NONE**

33. Other personal property of any kind not already listed.

   **Wisconsin-Badger Season Football Tickets- value** — **NONE**

   **TOTAL:   $6,260.00**

In re:  NEIL S. AMENT

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor in entitled under:
### 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 et. seq.

| Description of property ---------------------------------------------------------- -Specify law providing each exemption | Value of claimed exemption ------------------------------------------------------------------- --Current market value of property without deducting exemption |
|---|---|

| | | |
|---|---|---|
| 1. | Wearing Apparel Section 5/12-1001(a) | $  200.00 |
| 2. | Cash and Bank Accounts Section 5/12-1001(b) | $  200.00 |
| 3. | Household goods Section 5/12-1001(b) | $  250.00 |
| 4. | Automobiles Section 5/12-1001(c) | $1,200.00 |

Debtor claims any unused portion of
$2,000 personal property exemption

In re:   NEIL S. AMENT

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| Creditor's name and complete mailing address including zip code ------------------------------------------------------------ - Date claim was incurred, nature of lien and description and market value of property subject to lien | Amount of claim without deducting value of collateral ------------------------------------------------- Unsecured portion if any |
|---|---|

NONE

In re:  NEIL S. AMENT

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code | Amount entitled to priority |
|---|---|
| Date claim was incurred and consideration for claim. | Total amount of claim |

TYPE OF PRIORITY CLAIMS:

**Wages, Salaries and Commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. sec. 507(a)(3).

**Contributions to Employee Benefit Plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first to the extent provided in 11 U.S.C. sec. 507(a)(4).

**Certain Farmers or Fishermen**
   Claims of certain farmers or fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C.
   sec. 507(a)(5).

**Deposits by Individuals**
   Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. sec. 507(a)(6).

**Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. sec. 507(a)(7).

NONE

In re:   NEIL S. AMENT

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code ------------------------------------------------------------- Date claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Amount of claim |
|---|---|

American Express
32767742602000
P. O. Box 650448
Dallas, TX  75265-0448

consumer
2001-2004 goods received
Listed on ex-wife's Chapter  7

Amount of claim: $ 10,510.94

American Eagle Bank
477000001
556 Randall Rd.
South Elgin, IL 60177

2003 Honda Civic
transferred to wife
pursuant to Judgment
for Dissolution of
Marriage

Amount of claim: $14,000.00

Bank of America
4319041029323682
P. O. Box 650260
Dallas, TX  75265-0260

consumer
2001-2004 goods received
listed on ex-wife's Chapter 7

Amount of claim: $15,024.00

Bank One
5417122666967342
P. O. Box 15153
Wilmington, DE 19886

consumer
2001-2004 goods received
listed on ex-wife's  Chapter 7

Amount of claim:  $11,197.55

Bank One (Visa)
4104140009251480
P. O. Box 100045
Kennesaw, GA 30156-9245

Incurred 2001-2004
goods received

Amount of claim:  $ 3,910.08

Bank One
4417168296904273
P. O. Box 8650
Wilmington, DE 19899-8650

Incurred 2001-2004
consumer goods received

Amount of claim: $16,535.54

Capital One
5291491438145458
P. O. Box 790216
St.  Louis, MO 63179-0216

Incurred 2001-2004
consumer goods received

Amount of claim:  $ 6,171.22

Chase Bank One
5149228464504008
P. O. Box 15651
Wilmington, DE 19886-5651

consumer
2001-2004 goods received
listed on ex-wife's Chapter 7

Amount of claim: $ 5,900.00

Citibank
5410654578961218
P. O. Box  6402
The Lakes, NV  8916306999

Incurred 2001-2004
consumer goods received

Amount of claim: $24,017.02

Citibank
4278000011073019
P. O. Box 688903
Des Moines, IA 50368-8903

Incurred 2001-2004
consumer goods received

Amount of claim:  $ 3,243.76

Congregation Beth Judea
1314
c/o A. Alliance Collection Agency
4180 RFD Route 83  #208
Long Grove, IL   60047

services

Amount of claim: $     95.00

Discover
6011300740170335
P. O. Box 30395
Salt Lake City, UT 84130-0395

consumer goods
received 2001-2004
listed on ex-wife's
Chapter 7

Amount of claim: $12,436.31

Evanston Northwestern Healthcare
2004195549432
c/o Pinnacle Management
514 Market Loop #103
West Dundee, IL 60118

services
listed on ex-wife's
Chapter 7

Amount of claim: $     105.48

HSBC
7001190000924848
Retail Services (Best Buy)
P. O. Box 5244
Carol Stream, IL 60197-5244

Incurred prior to 2004
consumer goods received

Amount of claim: $ 1,943.94

Hidden Lake Village
c/o Braeside Condo Mgmt
660 LaSalle Place #2C
Highland Park, IL 60035

Association dues
listed on ex-wife's Chapter 7

Amount of claim: $ 4,887.83

Lake County Collector
1528305011
18 N. County St.  #102
Waukegan, IL 60085

real estate taxes
listed on ex-wife's Chapter  7

Amount of claim: $ 4,345.39

Lexis Nexis
1194H6
P.O. Box o2314
Carol Stream, IL  60132-2314

legal research services
incurred prior to 5/2005

Amount of claim: $  1,200.00

Lexis Nexis                          legal research services incurred
1194H6                               For Notice Purposes Only
P. O. Box 933
Dayton, OH  45401


MBNA America                         Incurred 2001-2004          Amount of claim: $48,193.36
5490991775784750                     consumer goods received
P. O. Box  15137
Wilmington, DE 19886-5137


MBNA America                         (For Notice Purposes Only)
5490991775784750
Mann, Bracken, LLC
2727 Paces Ferry     Suite 1400
Atlanta, GA 30339


Men's Warehouse                      Incurred prior to 2005      Amount of claim: $ 1,358.26
6450553803854                        consumer goods received
P. O. Box 530993
Atlanta, GA 30353-0993


Mortgage Electronic Registration System    mortgage             Amount of claim: $249,680.66
c/o Codilis & Associates
15W030 North Frontage Rd. #100
Burr Ridge, IL 60527


Equity One                           mortgage - For Notice
152524                               Purposes Only
301 Lippincott Dr.
Marlton, NJ 08053


Northern Trust                                                   Amount of claim: $  5,000.00
265 Deerpath Rd.
Lake Forest, IL 60045


Sam's Club                           consumer incurred          Amount of claim: $      648.00
7714110524015120                     2001-2004
c/o Encore Receivable                goods received
400 N. Rogers Rd.                    listed on ex-wife's Chapter 7
Olathe, KS  66063


Talbot's                             consumer  2001-2004        Amount of claim: $ 2,304.74
76221458                             goods received
P. O. Box 740158                     listed on ex-wife's Chapter 7
Cincinnati, OH  45274-0158


Debra Spurgen                        Child Support              Amount of claim: $7,500.00
930 North Avenue
Deerfield, IL 60015


                                                          **TOTAL   $450,209.08**

In Re:

    NEIL S. AMENT

               Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property, include any timeshare interest.

     State nature of debtors' interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

     Provide the names and complete mailing addresses of all other parties to each lease or contract described.

     **NOTE**:  A party listed on this schedule will not receive notice of the filing of this cases unless the party is also scheduled in the appropriate schedule of creditors.

    ❏ Check this box if debtor has no executory contracts of unexpired leases.

| Name and mailing address, including zip code, of other parties to lease or contract | Description and contract or lease and nature of debtor's interest.  State whether lease is for non-residential real property.    State contract number of any government contract. |
|---|---|
| **Deerfield Gardens**<br>**1160 OSterman Place**<br>**Deerfield, IL** | **Lease for 1154-C Osterman Place; Deerfield, IL runs through August 31, 2006, rental $890.00 per month. Security Deposit $860.00** |

In re:

      NEIL S. AMENT,

                Debtor

## SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed  by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

    ☐  Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| LISA AMENT<br>171 W.  Fabish  Drive<br>Buffalo Grove, IL 60089 | Northern Trust<br>265 Deerpath Rd.<br>Lake Forest, IL 60045 |
| same as above | American Express<br>P. O. Box 650448<br>Dallas, TX  75265-0448 |
| same as above | American Eagle Bank<br>556 Randall Rd.<br>South Elgin, IL 60177 |
| same as above | Bank of America<br>P. O. Box 650260<br>Dallas, TX  75265-0260 |
| same as above | Bank One<br>P. O. Box 15153<br>Wilmington, DE 19886 |
| same as above | Bank One (Visa)<br>P. O. Box 100045<br>Kennesaw, GA 30156-9245 |
| same as above | Bank One<br>P. O. Box 8650<br>Wilmington, DE 19899-8650 |
| same as above | Capital One<br>P. O. Box 790216<br>St.  Louis, MO 63179-0216 |

## SCHEDULE H - CODEBTORS (continued)

same as above

Chase Bank One
P. O. Box 15651
Wilmington, DE 19886-5651

same as above

Citibank
P. O. Box  6402
The Lakes, NV  8916306999

same as above

Citibank
P. O. Box 688903
Des Moines, IA 50368-8903

same as above

Congregation Beth Judea
c/o A. Alliance Collection Agency
4180 RFD Route 83  #208
Long Grove, IL   60047

same as above

Discover
P. O. Box 30395
Salt Lake City, UT 84130-0395

same as above

Evanston Northwestern Healthcare
c/o Pinnacle Management
514 Market Loop #103
West Dundee, IL 60118

same as above

HSBC
Retail Services (Best Buy)
P. O. Box 5244
Carol Stream, IL 60197-5244

same as above

Hidden Lake Village
c/o Braeside Condo Mgmt
660 LaSalle Place #2C
Highland Park, IL 60035

same as above

Lake County Collector
18 N. County St.  #102
Waukegan, IL 60085

same as above

MBNA America
P. O. Box  15137
Wilmington, DE 19886-5137

same as above

MBNA America
Mann, Bracken, LLC
2727 Paces Ferry    Suite 1400
Atlanta, GA 30339

## SCHEDULE H - CODEBTORS (continued)

same as above

Men's Warehouse
P. O. Box 530993
Atlanta, GA 30353-0993

same as above

Mortgage Electronic Registration System
c/o Codilis & Associates
15W030 North Frontage Rd. #100
Burr Ridge, IL 60527

same as above

Equity One
301 Lippincott Dr.
Marlton, NJ 08053

same as above

Sam's Club
c/o Encore Receivable
400 N. Rogers Rd.
Olathe, KS  66063

same as above

Talbot's
P. O. Box 740158
Cincinnati,  OH 45274-0158

In re:   NEIL S. AMENT

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTORS

DEBTOR'S MARITAL STATUS:            DIVORCED

DEPENDENTS OF DEBTOR
Living with debtor and receiving support for:
**NONE**

Living with debtor:

Not living with debtor but paying support for:  Melissa Ament - 15 years old

EMPLOYMENT:

Occupation          : Attorney
Employer name       : Law Offices of Neil S. Ament
How Long employed : 4.5 years
Address of employer  : 1955 Shermer Rd. #400; Northbrook, IL 60062

Occupation          :
Employer name       :
How Long employed  :
Address of employer  :

INCOME:

| | |
|---|---|
| Current monthly gross wages, salary, and commissions........................................... | 3,000.00 |
| Estimated monthly overtime.................................................................... | 0.00 |
| SUBTOTAL...................................................................................... | 0.00 |

| | | |
|---|---|---|
| LESS PAYROLL DEDUCTIONS | | |
| a. | Payroll taxes and social security........................................ | 800.00 |
| b. | Insurance................................................................ | 0.00 |
| c. | Union dues............................................................... | 0.00 |
| d. | Other: | |
| | SUBTOTAL OF DEDUCTIONS.................................................... | 0.00 |

TOTAL NET MONTHLY TAKE HOME PAY......................................................

Regular income from operation of business or other source.................................... 0.00
(See ATTACHMENT TO SCHEDULE J)

**TOTAL MONTHLY INCOME............................................................**          **2,200.00**

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

The following expenditures are for **DEBTOR**

**Rent**/home mortgage payments.......................................................................... 890.00

### REAL ESTATE TAXES ARE INCLUDED.
### PROPERTY INSURANCE IS INCLUDED.

| | |
|---|---|
| Utilities:  Electricity and heating fuel........................................................... | 100.00 |
| Water and sewer................................................................. | 0.00 |
| Telephone........................................................................... | 50.00 |
| Other: | |
| Garbage.............................................................. | 0.00 |
| Security.............................................................. | 0.00 |
| Cable................................................................. | 40.00 |

| | |
|---|---|
| Home maintenance...................................................................... | 0.00 |
| Food........................................................................................ | 450.00 |
| Clothing................................................................................... | 25.00 |
| Laundry and dry cleaning............................................................. | 25.00 |
| Medical and dental expenses........................................................ | 25.00 |
| Transportation............................................................................ | 200.00 |
| Recreation, clubs, and entertainment............................................ | 10.00 |
| newspapers, magazines, etc......................................................... | 5.00 |
| Charitable contributions............................................................... | 0.00 |

**Insurance**:

| | |
|---|---|
| Homeowner's or renter's........................................................ | 0.00 |
| Life........................................................................................ | 150.00 |
| Health.................................................................................... | 110.00 |
| Auto....................................................................................... | 85.00 |

Other:

**Taxes:**

| | |
|---|---|
| Real estate (property) taxes........................................................... | |
| Installment payments: | |
| Auto....................................................................................... | 0.00 |
| Other: | |

| | |
|---|---|
| Alimony, maintenance, and support paid to others..................Lisa Ament............. | 100.00 |
| Debbie Spurgen for child support | 650.00 |

Payments for support of additional dependent not living at your home...................... 0.00

Regular expenses from operation of  business, profession, or farm............................    0.00
  (See ATTACHMENT TO SCHEDULE J)

Other:
    **NONE**

TOTAL MONTHLY EXPENSES................................................................................    $ 2,915.00

(The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.  - 18 U.S.C. secs. 152 and 3571.)

## DECLARATION CONCERNING DEBTOR' S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I,   NEIL S. AMENT   , named as the debtor in this case, declare under penalty of perjury

that I have read the foregoing **summary and schedules**, consisting of __17__ sheets, and that it is true and correct to

the best of my information and belief.


Signature: _____     Date: _____
          NEIL S. AMENT


*The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for
up to 5 years or both.  - 18 U.S.C. secs. 152 and 3571.)*

In Re:    NEIL S. AMENT

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| SUMMARY OF SCHEDULES | | | | |
|---|---|---|---|---|
| **Schedule Name** | | **Assets** | **Liabilities** | **Other** |
| **x (marked if attached)** | | **# sheets** | | |
| ___ A- Real Property | 1 | -0- | | |
| ___ B - Personal Property | 2 | 6,260.00 | | |
| ___ C - Property Claimed as exempt | 1 | | | |
| ___ D - Creditors Holding Secured claims | 1 | | -0- | |
| ___ E - Creditors Holding Unsecured Priority Claims | 1 | | -0- | |
| ___ F - Creditors Holding Unsecured Non-Priority Claims | 1 | | 450,209.08 | |
| ___ G - Executory Contracts and unexpired Leases | | | | |
| ___ H - Codebtors | 1 | | | |
| ___ I - Current Income of Individual Debtors | 2 | | | 2,200.00 |
| ___ J - Current Expenditures of Individual | 1 | | | 2,915.00 |
| **Summary Sheet** **Total No. of Sheets of All Schedules** | 1 | | | |
| **Total Assets** | | 6,260.00 | | |
| **Total Liabilities** | | | 450,209.08 | |
| **Total No. of Creditor(s)** | | | 24 | |
| **Excess Income (if any) -** | | | | |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

IN RE:                                          Case No.:_____

    **NEIL S. AMENT**
        **Debtor(s)**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional should provide information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19-25. Each question must be answered.  If the answer to any question is "none", or the question is not applicable, mark the box labeled "none".  If additional space is needed for the answer  to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITION

"In business" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form, if the debtor is or has been, within the years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation: a partner, other than a Limited partner, or a partnership; a sole proprietor or self employed.

"Insider"  the term "insider" includes but is not limited to: relatives of the debtor: general partners of the debtor and their relatives; corporations of which the debtor is an officer, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. 101(30).

**STATEMENT OF FINANCIAL AFFAIRS**

None   1.  **INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

☐

State the gross amount of income the debtor has received from employment, trade, or profession,
or from  operation of the debtor's business from the beginning of this calendar year to the
date this
case was commenced.  State also the gross amounts received during the **two years** immediately
preceding this calendar year.

**DEBTOR**

| Year to Date: | Amount | Source(if more than one) |
|---|---|---|
| 2005: | 25,000.00 | |
| 2004: | 21,000.00 | |
| 2003: | 41,290.00 | |

None   2.  **INCOME OTHER THAN  FROM  EMPLOYMENT OR OPERATION OF BUSINESS**

☒

State the amount of income received by the debtor other than from employment, trade, profession,
or operation of the debtor's business during the two years immediately preceding the commencement
of this case.  Give particulars,  If a joint petition is filed, state income for each spouse separately.

None 3.  **PAYMENTS TO CREDITORS**

☒

a.  List all payments on loans, installment purchase of goods or services, and other dates aggregating
services, and other dates, aggregating more than $600 to any creditor, made within 90 days
immediately  preceding the commencement of this case.

None

☒

b.  List all payments made within one year immediately preceding commencement of this case to
or for the benefit of creditors  who are or were insiders.

None   4.  **SUITS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

☐

a.  List all suits to which the debtor is or was a party to within one year immediately preceding the
filing of this bankruptcy   case.

| Caption of Suit and Case Number | Nature of Proceeding | Court and Location | Status or Disposition |
|---|---|---|---|
| 1.  Mortgage Electronic Registration v. Ament, et.al. Case No 05 CH 698 | Foreclosure | Lake County | Pending |

None

☒

    b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year  immediately preceding the commencement of this case.

---

None  **5.  REPOSSESSIONS, FORECLOSURES AND RETURNS**

☒  List all property that has been repossessed by a creditor, sold, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this  case.

---

None  **6.  ASSIGNMENTS AND RECEIVERSHIPS**

☒    a.  Describe any assignment of property for the benefit of  creditor made within **120 days** immediately preceding the  commencement of this case.

None

☒    b.  List all property which has been in the hands of a custodian,  receiver, or court-appointed official within one year immediately preceding the commencement of this case.

---

None  **7.  GIFTS**

☐  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than  $200.00 in value per individual family member and charitable contributions aggregating less than $100 per recipient. **$1,902.00 - synagogue and ARK**
                                  **annual dues**

---

None  **8.  LOSSES**

☒  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case**.

---

None  **9.  PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

☒    a.  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

**Weisman & Weisman, P.C.**
**188 W. Randolph Street**
**Suite 1126**
**Chicago, IL 60601**
**(312) 782-3750**

|  |  |
|---|---|
| Filing fee: | $209.00 |
| Attorney's fees: | $750.00 |
| Source was: | Debtor's earnings |
| Date(s) of payment: | |

---

None    10.  **OTHER TRANSFERS**

☐    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the  debtor, transferred either absolutely or as security within **one year** immediately   preceding the commencement of this case.   **Quit claimed marital residence to ex-wife pursuant to Judgment for Dissolution.  ( Judgment for Dissolution available upon request).  Transferred 2003 Honda Civic to ex-wife pursuant to Judgment for Dissolution.**

---

None    11.  **CLOSED FINANCIAL ACCOUNTS**

☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year  immediately preceding the commencement of this case. **removed myself from joint account with ex-wife  at Bank One/Chase after divorce.**

---

None    12. **SAFE DEPOSIT BOXES**

☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within  one year immediately preceding the commencement of this case.

---

None    13.  **SETOFFS**

☒    List all setoffs made by any creditor, including a bank, against a debt or deposit or the debtor within 90 days preceding the commencement of this case.

---

None    14.  **PROPERTY HELD FOR ANOTHER PERSON**

☒    List all property owned by another person that the debtor holds or controls

---

None   **15. PRIOR ADDRESS OF DEBTOR**

☐   If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition if filed, report also any  separate address of either spouse.

**171 W. Fabish; Buffalo Grove, IL**

None   **16. SPOUSES AND FORMER SPOUSES**

☒   If the debtor resides or resided in a community property state, commonwealth, or territory (including  commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,

Washington, or Wisconsin) within  the **six-year period** immediately  preceding the commencement of the case, identify the name of  the debtor's spouse and of any former spouse who resides or resided  with the debtor in the community property state.

None   **17. ENVIRONMENTAL INFORMATION**

☒   a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of  the notice, and, if known, the Environmental Law:

☐   b.  List the name and address of every site for which the debtor has provided notice to a governmental unit of a release of  Hazardous Material.  Indicated the governmental unit to which the   notice was sent and the date of the notice.

☐   c.  List all judicial or administrative proceedings, including  settlements or orders, under any Law with respect to which the debtor is or was a party.  Indicate the name and address  of the governmental unit that is or was a party to the proceedings,   and the docket number.

None   **18.    NATURE, LOCATION AND NAME OF BUSINESS**

☐   a.  If the debtor is an individual, list the names  addresses, taxpayer identification numbers, nature of of the businesses, and beginning and ending dates of all  businesses in which the debtor was an officer,  director,  partner,  or  managing executive of a corporation, partnership, sole proprietorship, or was a self- employed  professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities with the six years immediately preceding the commencement of this case.

**Law Offices of Neil S. Ament**
**1955 Shermer #400  (sole proprietor**
**Northbrook, IL 60061**

**Contractors Business Network Corporation**
**3255 N. Arlington Hts Rd.. #520**
**Arlington Heights, IL 60004**
**50% Shareholder - Officer and Director**
**Dissolved in 2004 involuntarily**

☐ b.  If the debtor is an partnership, list the names and taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or  more of the voting or equity securities, within six years  immediately preceding the commencement of this case.

☐ b.  If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or  owned 5 percent or  more of the voting or equity securities, within six years immediately  preceding the commencement of this case.

   b.  Identify any business listed in response to subdivision a., above that is "single asset real estate" as defined in 11 U.S.C Section 101.

(The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.

### DECLARATION

I,  NEIL S. AMENT , named as the debtor in this case, declare under penalty of perjury that I have read the foregoing statement of Financial Affairs, consisting of  6 sheets, and that it is true and correct to the best of my information and belief.

Signature:_____   Date:_____
            NEIL S. AMENT

Jay Weisman  and Ross Weisman
WEISMAN & WEISMAN, P.C.
188 West Randolph Street    Suite 1126
Chicago, Illinois 60601
(312) 782-3750

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:

      NEIL S. AMENT                               CASE NO.

                Debtor(s),

## CHAPTER 7 DEBTOR'S STATEMENT OF INTENTION

1.     I, NEIL S. AMENT , the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.     My intention with respect to the property of the Estate which secures those consumer debts is as follows:

| NAME AND ADDRESS OF CREDITOR | DESCRIPTION OF PROPERTY | DEBTOR'S INTENTION |
|---|---|---|
| NONE | | |
| | | |

3.     I understand that Section 521(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45 day period, fixes.

Date:_____       _____
                                                NEIL S. AMENT

Jay Weisman and Ross Weisman
Weisman & Weisman, P.C.
Attorneys for the Debtor
188 West Randolph St., Suite 1126
Chicago, Illinois 60601
(312) 782-3750

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:

NEIL S. AMENT                                    Case No. _____

          Debtor(s)

## DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. 329
## AND BANKRUPTCY RULE  2016(b)

       I certify that I am the attorney for the above named debtor and that the compensation paid or agreed to be paid to me for services rendered or to be rendered in behalf of the debtor in, or in connection with, case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows:   $750.00   paid,   -0-  to be paid, that the source of the compensation was income earned and that the source of the compensation agreed to be paid is future income.

       I have not agreed to share this compensation with any other person.

Dated: _____9/23/05_____          _____/s/ Jay Weisman_____
                                                     Attorney for the Debtor